## ROSE v. ISENHOUR BRICK & TILE CO.

No. 448A95

Case below: 120 N.C.App. 235

Motion by defendant (Isenhour Brick) to dismiss appeal for substantial noncompliance with North Carolina Rules of Appellate Procedure denied 30 July 1996.

## SPURLOCK v. ALEXANDER

No. 153P96

Case below: 121 N.C.App. 668

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## STATE v. ARTIS

No. 316P96

Case below: 123 N.C.App. 114

Motion by the Attorney General for temporary stay allowed 22 July 1996.

## STATE v. BURR

No. 179A93-2

Case below: Alamance County Superior Court

Upon consideration of defendant's petition for writ of certiorari to review the order of the Superior Court, Alamance County dated 29 April 1996, denying defendant's motion for a stay of execution, the following order is entered 10 July 1996: Defendant's 26 July 1996 execution is stayed. This case is remanded to Superior Court, Alamance County, where defendant shall be given 120 days from the date of the appointment of counsel, 29 April 1996, to file a motion for appropriate relief up to and including 28 August 1996.